1  EDMUND G. BROWN JR.
   Attorney General of California
2  DANE R. GILLETE
   Chief Assistant Attorney General
3  PAMELA C. HAMANAKA
   Senior Assistant Attorney General
4  KENNETH C. BYRNE
   Supervising Deputy Attorney General
5  DAVID ZARMI
   Deputy Attorney General
6  State Bar No. 245636
    300 South Spring Street, Suite 1702
7   Los Angeles, CA  90013
    Telephone:  (213) 576-1336
8   Fax:  (213) 897-6496
    E-mail:  DocketingLAAWT@doj.ca.gov
9  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOWARD A. OSIBAMOWO,** | CV 09-4912-ODW (OP) |
| Petitioner, | RESPONDENT'S APPLICATION FOR A FIRST ENLARGEMENT OF TIME; DECLARATION OF DAVID ZARMI |
| v. | |
| **C. KNOLLS, WARDEN,** | |
| Respondent. | United States Magistrate Judge Hon. Oswald Parada |

Respondent respectfully applies to this Court for a first enlargement of time, to and including September 22, 2009, in which to file a Motion to Dismiss, and October 7, 2009, in which to file an Answer to the Petition for Writ of Habeas Corpus filed herein.

//

//

1

This Application is made for good cause as set forth in the attached Declaration of David Zarmi.

Dated: August 13, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General


/s/ DAVID ZARMI
DAVID ZARMI
Deputy Attorney General
*Attorneys for Respondent*

LA2009507402
60447778.doc

2

## DECLARATION OF DAVID ZARMI

I, DAVID ZARMI, hereby declare under penalty of perjury that the following is true and correct.

1. I am the deputy attorney general assigned to the case of *Osibamowo v. Knolls*, case number CV 09-4912-SDW (OP), on behalf of Respondent. Respondent has not previously sought any enlargements of time to file a Motion to Dismiss or an Answer in this case.

2. Pursuant to this Court's Order filed July 24, 2009, Respondent's Motion to Dismiss is due August 23, 2009, and an Answer is due September 7, 2009. For the reasons set forth below, Respondent will be unable to prepare and file a Motion to Dismiss or an Answer by those dates.

3. This Court's scheduling order was received on July 29, 2009, and docketed in our office that same day. On August 3, 2009, the case was assigned to me. The same day, I requested the following records: (1) the Los Angeles County Superior Court file; (2) a copies of Petitioner's habeas corpus petitions and denial orders in the California Court of Appeal; and (3) a copy of Petitioner's habeas corpus petition and denial order in the California Supreme Court.

4. On August 7, 2009, I received the copy of Petitioner's habeas corpus petition and denial order in the California Supreme Court. As of this date, I have not yet received any of the remaining records.

5. As a result, I need more time to obtain and examine these records, and to draft a responsive pleading to the instant Petition.

6. For the foregoing reasons, I am requesting a first enlargement of time, to and including September 22, 2009, within which to file a Motion to Dismiss, and October 7, 2009, within which to file an Answer.

//

//

3

7. Because Petitioner is in pro se and incarcerated, I am unable to contact him in order to determine whether he has an objection to this request.

I declare under penalty of perjury and the laws of the State of California and United States of America that the foregoing is true and correct.

Executed this 13th day of August 2009, at Los Angeles, California.

/s/ David Zarmi
DAVID ZARMI
Deputy Attorney General

# CERTIFICATE OF SERVICE

Case Name:  **Osibamowo v. Knowlls, Warden**      No.  **CV 09-4912-ODW(OP)**

I hereby certify that on <u>August 18, 2009</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER**

**RESPONDENT'S APPLICATION FOR A FIRST ENLARGEMENT OF TIME; DECLARATION OF DAVID ZARMI**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>August 18, 2009</u>, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Howard A. Osibamowo
K-40465
CTF, Central Facility
P.O. Box 689
Soledad, CA  93690-0689

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 18, 2009</u>, at Los Angeles, California.

| Mary Emami | /s/ |
|---|---|
| Declarant | Signature |

60449428.doc
LA2009507402