1  EDMUND G. BROWN JR.
   Attorney General of California
2  DANE R. GILLETE
   Chief Assistant Attorney General
3  PAMELA C. HAMANAKA
   Senior Assistant Attorney General
4  KENNETH C. BYRNE
   Supervising Deputy Attorney General
5  DAVID ZARMI
   Deputy Attorney General
6  State Bar No. 245636
    300 South Spring Street, Suite 1702
7   Los Angeles, CA  90013
    Telephone:  (213) 576-1336
8   Fax:  (213) 897-6496
    E-mail:  DocketingLAAWT@doj.ca.gov
9  *Attorneys for Respondent*

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

14

15  **HOWARD A. OSIBAMOWO,**          CV 09-4912-ODW (OP)

16                        Petitioner,   RESPONDENT'S APPLICATION
                                        FOR A SECOND ENLARGEMENT
17          **v.**                      OF TIME; DECLARATION OF
                                        DAVID ZARMI
18  **C. KNOLLS, WARDEN,**
                                        United States Magistrate Judge
19                        Respondent.   Hon. Oswald Parada

20

21       Respondent respectfully applies to this Court for a second enlargement of

22  time, to and including October 22, 2009, in which to file a Motion to Dismiss, and

23  November 6, 2009, in which to file an Answer to the Petition for Writ of Habeas

24  Corpus filed herein.

25  //

26  //

27

28

                                  1

1    This Application is made for good cause as set forth in the attached

2    Declaration of David Zarmi.

3

4    Dated:  September 16, 2009                    Respectfully submitted,

5                                                              EDMUND G. BROWN JR.
                                                               Attorney General of California
6                                                              DANE R. GILLETE
                                                               Chief Assistant Attorney General
7                                                              PAMELA C. HAMANAKA
                                                               Senior Assistant Attorney General
8                                                              KENNETH C. BYRNE
                                                               Supervising Deputy Attorney General

9

10                                                            /s/ DAVID ZARMI
                                                               DAVID ZARMI
11                                                            Deputy Attorney General
                                                               *Attorneys for Respondent*
12
      LA2009507402
13    60447778.doc

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

### DECLARATION OF DAVID ZARMI

I, DAVID ZARMI, hereby declare under penalty of perjury that the following is true and correct.

1.  I am the deputy attorney general assigned to the case of *Osibamowo v. Knolls*, case number CV 09-4912-ODW (OP), on behalf of Respondent. Respondent has not previously sought any enlargements of time to file a Motion to Dismiss or an Answer in this case.

2.  Respondent's Motion to Dismiss is currently due September 22, 2009, and an Answer is currently due October 7, 2009, on a first enlargement of time.

3.  Although I received all the state records in this case, I have not yet had an opportunity to review them because I was working on other previously-assigned cases.  When this case was assigned to me, I was already assigned California Court of Appeal case *People v. Morales* (B214424), and California Supreme Court cases *In re David V.* (S167716) and *In re Childress* (S168666).  I was also assigned federal habeas cases in *Lucas v. Martel*, CV 09-2782 ABC (CT), *Murguia v. Martel*, CV 09-3054-ODW (E), *Stewart v. Martel*, CV 09-2236-AHM (OP), *Fontaine v. Morgan*, CV 09-4347-FMC (JEM), *McIntosh v. People of the State of California*, CV 09-4881-RGK (FMO), and *Carillo v. Adams*, CV 09-05173-SVW (RZ).  I have also been asked to respond via letter brief to an inquiry from the California Court of Appeal in *People v. Freeman* (B209950), due September 21, 2009.

4.  Since I received the records in this case on August 25, 2009, I have completed responsive briefs in *Lucas*, filed September 2, 2009, *Fontaine*, filed September 3, 2009, *David V.*, filed September 14, 2009, and *Murguia*, not yet filed. I am currently working on *Freeman*, *Childress* and *Morales*.  I will next work on *Stewart*, *McIntosh*, and *Carillo* in the order in which they were assigned.  I will begin working on this matter once I complete responsive pleadings in those cases.

5. I need more time to examine the records, and to draft a responsive pleading to the instant Petition.

6. For the foregoing reasons, I am requesting a first enlargement of time, to and including October 22, 2009, within which to file a Motion to Dismiss, and November 6, 2009, within which to file an Answer.

7. Because Petitioner is in pro se and incarcerated, I am unable to contact him in order to determine whether he has an objection to this request.

I declare under penalty of perjury and the laws of the State of California and United States of America that the foregoing is true and correct.

Executed this 16th day of September 2009, at Los Angeles, California.

/s/ David Zarmi
DAVID ZARMI
Deputy Attorney General

# CERTIFICATE OF SERVICE

Case Name:     **Osibamowo v. Knowlls,**          No.     **CV 09-4912-ODW(OP)**
               **Warden**

I hereby certify that on <u>September 16, 2009</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER**

**RESPONDENT'S APPLICATION FOR A FIRST ENLARGEMENT OF TIME; DECLARATION OF DAVID ZARMI**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>September 16, 2009</u>, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Howard A. Osibamowo
K-40465
CTF, Central Facility
P.O. Box 689
Soledad, CA  93690-0689

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>September 16, 2009</u>, at Los Angeles, California.

|                Mary Emami                |                /s/                |
| :--------------------------------------: | :-------------------------------: |
|                 Declarant                |             Signature             |

60449428.doc
LA2009507402