EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
DAVID ZARMI
Deputy Attorney General
State Bar No. 245636
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 576-1336
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOWARD A. OSIBAMOWO,** | Case No. CV 09-4912-ODW (OP) |
| Petitioner, | **ORDER** |
| **v.** | |
| **C. KNOLLS, WARDEN,** | |
| Respondent. | |

Having considered Respondent's application for a second enlargement of time, and good cause appearing, **IT IS HEREBY ORDERED** that the application is GRANTED and that Respondent is granted until October 22, 2009, to file a Motion to Dismiss and November 6, 2009, to file an Answer.  The Court's original Order filed on July 24, 2009, otherwise remains in effect.

Dated:  September 17, 2009

_____
Hon. Oswald Parada
United States Magistrate Judge

LA2009507402

1